# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- | --- |
| GU20 | E 2612052 | Jordan LNY THOMAS | 43539 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 06/21/2026 1359

Offense Charged ☐ CFR ☒ USC ☐ State Code: 18 USC § 641 Embezzlement & Theft

Place of Offense: Rota Hall Andersen AFB Yigo GU 96929 Building 25017

Offense Description: Factual Basis for Charge HAZMAT ☐

Theft of Bicycle

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
| --- | --- | --- |
| Conway | Thomas | R |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
| --- | --- | --- | --- | --- | --- |
| A7501 | GU Veh | 2025 | Toyota Tacoma | | Grey |

APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court of Guam, U.S. Court House, 520 W Soledad Ave., Hagåtña, Guam 96910

Date:

Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CVB SCAN 08/18/2026 14:7

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 June, 2026 while exercising my duties as a law enforcement officer in the AAFB District of Guam.

On 23 June 2026 I, Investigator Jordan Thomas of the Andersen 36th Security Forces Squadron was assigned to review CCTV footage regarding a theft that occurred at the AAFB Dormitory Building 25017 Rota Hall. On 21 June 2026 at approximately 1359 Mr. Thomas R. Conway was observed stealing a tan and olive-green bicycle from the location. Mr. Conway arrived at the scene in a black Toyota Tacoma displaying a Guam license plate AN 5074. CCTV footage showed Mr. Conway taking the bike from the dormitory building, placed the bike into the bed of his truck bed, and left the scene. The incident was reported to the Airman Dorm Leader John Cachardo who reported the incident to Security Forces. The victim valued the bicycle at $ 50.00.

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/01/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/18/2026 14:7